# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
DULUTH DIVISION

In re: PRESTON PAUL DUMPPROPE
JOSIE MARIE DUMPPROPE
Debtor(s)

Case No.: 23-50368-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KYLE L CARLSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/21/2023.
2) The plan was confirmed on 09/20/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 04/28/2026.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 07/17/2026.
6) Number of months from filing or conversion to last payment: 36.
7) Number of months case was pending: 37.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 44,056.00.
10) Amount of unsecured claims discharged without full payment: 43,918.72.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $18,054.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $18,054.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $4,351.89 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,641.37 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,993.26 |

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AFFIRM, INC | Unsecured | 306.00 | 306.41 | 306.41 | 55.87 | .00 |
| AFFIRM, INC | Unsecured | 236.00 | 236.84 | 236.84 | 33.11 | .00 |
| AFFIRM, INC | Unsecured | 214.00 | 143.34 | 143.34 | 17.99 | .00 |
| AFFIRM, INC | Unsecured | 183.00 | 183.80 | 183.80 | 30.93 | .00 |
| CAPITAL ONE | Unsecured | 1,896.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CHARTER COMMUNCIATIONS | Unsecured | 420.00 | NA | NA | .00 | .00 |
| COMENITY BANK | Unsecured | 497.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK NORTH | Secured | 10,716.00 | 10,845.25 | 6,689.70 | 6,689.70 | .00 |
| FIRST NATIONAL BANK NORTH | Secured | 5,214.00 | 5,279.42 | .00 | .00 | .00 |
| FIRST NATIONAL BANK NORTH | Unsecured | NA | 4,962.25 | 4,962.25 | 905.58 | .00 |
| FIRST NATIONAL BANK NORTH | Unsecured | NA | 149.42 | 149.42 | 18.75 | .00 |

0508-50-EPIEXX-00045724-207234

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
DULUTH DIVISION

In re: PRESTON PAUL DUMPPROPE
JOSIE MARIE DUMPPROPE
Debtor(s)

Case No.: 23-50368-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST SAVINGS BANK | Unsecured | NA | NA | NA | .00 | .00 |
| FREEDOM MORTGAGE CORPORATION | Secured | 160,768.00 | 160,034.39 | .00 | .00 | .00 |
| FREEDOM MORTGAGE CORPORATION | Secured | NA | 282.21 | 282.21 | 282.21 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1.00 | NA | NA | .00 | .00 |
| KOHLS CAPITAL ONE | Unsecured | 559.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | Unsecured | 3,480.19 | 3,480.19 | 3,480.19 | 635.11 | .00 |
| LVNV FUNDING | Unsecured | 412.00 | 412.72 | 412.72 | 69.45 | .00 |
| MEMBERS COOPERATIVE CU | Unsecured | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | 1,483.88 | 853.88 | 853.88 | 155.69 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 497.90 | 497.90 | 83.78 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | 1,382.81 | 1,382.81 | 1,382.81 | 252.34 | .00 |
| MISSION LANE | Unsecured | 922.00 | NA | NA | .00 | .00 |
| MOHELA - MISSOURI HIGHER EDUCATI( | Unsecured | 6,000.00 | NA | NA | .00 | .00 |
| MOHELA - MISSOURI HIGHER EDUCATI( | Unsecured | 5,921.00 | NA | NA | .00 | .00 |
| MOHELA - MISSOURI HIGHER EDUCATI( | Unsecured | 3,500.00 | NA | NA | .00 | .00 |
| MOHELA - MISSOURI HIGHER EDUCATI( | Unsecured | 3,500.00 | NA | NA | .00 | .00 |
| MOHELA - MISSOURI HIGHER EDUCATI( | Unsecured | 500.00 | NA | NA | .00 | .00 |
| PAYMENT PROCESSING CENTER | Unsecured | 6,087.00 | 6,087.99 | 6,087.99 | 1,111.03 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 447.00 | 446.81 | 446.81 | 75.18 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 329.00 | 379.33 | 379.33 | 63.83 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 892.00 | 891.97 | 891.97 | 162.63 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 627.00 | 627.17 | 627.17 | 114.35 | .00 |
| QUANTUM 3 GROUP, LLC | Unsecured | 952.00 | 911.00 | 911.00 | 166.11 | .00 |
| RANGE CREDIT BUREAU | Unsecured | NA | 883.45 | 883.45 | .00 | .00 |
| SPRING OAKS CAPITAL SPV, LLC | Unsecured | 715.00 | 715.31 | 715.31 | 130.42 | .00 |
| STATE OF MINNESOTA DEPT OF REVEN | Priority | 1.00 | 1,158.74 | 957.86 | 957.86 | .00 |
| STATE OF MINNESOTA DEPT OF REVEN | Unsecured | NA | 200.88 | 200.88 | 33.81 | .00 |
| THE STARK COLLECTION AGENCY, INC | Unsecured | 499.00 | NA | NA | .00 | .00 |
| VERIZON by AIS INFOSOURCE LP | Unsecured | NA | 82.22 | 82.22 | 15.01 | .00 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
DULUTH DIVISION

In re: PRESTON PAUL DUMPPROPE
JOSIE MARIE DUMPPROPE
Debtor(s)

Case No.: 23-50368-WJF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO/SLUMBERLAND FURNIT | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 282.21 | 282.21 | .00 |
| Debt Secured by Vehicle: | 6,689.70 | 6,689.70 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 6,971.91 | 6,971.91 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 957.86 | 957.86 | .00 |
| **TOTAL PRIORITY:** | 957.86 | 957.86 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 23,835.69 | 4,130.97 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $5,993.26 | |
| Disbursements to Creditors: | $12,060.74 | |
| **TOTAL DISBURSEMENTS:** | | $18,054.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/27/2026

By: /s/KYLE L CARLSON
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.